AO 91 (Rev. 11/11)  Criminal Complaint

## UNITED STATES DISTRICT COURT
### for the
### District of Oregon

Certified to be a true and correct copy of original filed in this District

Dated: __06/17/2026__

**MELISSA AUBIN, Clerk of Court**
U.S. District Court of Oregon
By: s/E. Toles
Pages __1__ Through ____13____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   6:26-mj-160 |
| Joshua Paul Ninmann | ) | |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | ) | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 4, 2026_____ in the county of _____Lane_____ in the
_____ District of _____Oregon_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Threatening Communications |

This criminal complaint is based on these facts:

See the attached Affidavit, which is incorporated herein by reference.

☑ Continued on the attached sheet.

By Phone
_Complainant's signature_

█████████████ , Special Agent, FBI
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __3:26 p.m.__ a.m./p.m.

Date: _____06/17/2026_____

_Judge's signature_

City and state: _____Eugene, Oregon_____      Amy E. Potter, U.S. Magistrate Judge
_Printed name and title_

DISTRICT OF OREGON, ss:          AFFIDAVIT OF ███████████

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, ███████████, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since December 2022.  My current assignment involves investigating child exploitation crimes, threat related crimes, and other federal violations.  My training and experience include investigating federal criminal violations related to child exploitation, and child pornography, and interstate threats, among other federal violations. Prior to working for the Federal Bureau of Investigation, I worked for the Metropolitan Nashville Police Department where I worked numerous investigations, to include being a Detective in the Crimes Against Children Unit for three years. I have gained experience through work relating to conducting these types of investigations. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. § 875, and I am authorized by law to request a search warrant.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for Joshua Paul Ninmann (hereinafter "Ninmann"), for a violation of 18 U.S.C. § 875(c), Threatening Communications in Interstate Commerce (hereinafter, "Target Offense").  As set forth below, there is probable cause to believe, and I do believe, that Ninmann committed Target Offense in violation of 18 U.S.C. § 875(c).

**Affidavit of** ███████████                                                              **Page 1**

**Applicable Law**

3.       Title 18, United States Code, Section 875(c) prohibits the transmission of communication containing any threat to injure the person of another in interstate or foreign commerce.

**Statement of Probable Cause**

4.       On or around March 5, 2026, an Adult Victim, whose identity is known to me, (hereinafter "AV"), date of birth XX/XX/████, who resides in ████████, Oregon, made a report to the FBI National Threat Operations Center (NTOC) regarding death threats AV had received from an Instagram account.  AV is a public figure with over 1 million followers on Instagram.  AV also has a podcast where he features other public figures.

5.       The report indicated, and the resulting inquiry revealed, that on or around February 27, 2026, AV made a public Instagram post that was titled, "My discussion with @[*guest username*] is LIVE on the @[*AV's show title*] now!"[1] and depicted a short video reel where a female guest was talking on AV's podcast.  The female guest was running for a specific elected office that is known to me but anonymized here.  After the post was made by AV, AV received a comment that was made on the video referenced above by an Instagram account with the username, @bubz_burner, the Instagram Account, that stated "[AV's name] is a weak man – makes sense he would have her on. You are now the hunted boy. My aim is good so better run now. Don't worry your family goes first."  The post is depicted below, with AV's name redacted.

---

[1]       The guest's username and the show's title are known to me but anonymized here to protect the identity of AV and AV's family.  They can be made available to the Court upon request.

**Affidavit of** ███████████                                                                              **Page 2**



6.    The profile of the Instagram Account is depicted below, and it displays a user photograph of a masked person. Due to the profile picture and the profile only following one account, I believe that it is indicative of someone who wants to remain anonymous or make it difficult to obtain their identity.  Based on my training and experience, individuals may attempt to mask or conceal their identity online to create anonymity, which may allow those users to perform illegal activities with reduced fear of consequences or law enforcement detection.



*AV's Reaction and FBI's Investigation*

7.      AV reported the comment to Instagram and Instagram removed the comment based on the threatening language.  AV lives with his family.  AV does not try to hide or conceal where he lives, even though he is a public figure.  AV explained that the comment caused AV to take more precautions, including hiring a security firm.  Additionally, concerns and precautions following receipt of this comment caused AV to miss events and trips that were scheduled so he could be closer to his family in case the threat was carried out.

8.      Due to the comment being reported by AV and thus taken down from the Instagram platform, the comment is no longer publicly viewable. According to Instagram, when Instagram removes a comment due to a Community Guidelines violation, it immediately disappears from the post without notifying the commenter.

9.      On March 11, 2026, a preservation letter was served to Instagram for the Instagram Account.  On March 12, 2026, a Federal Grand Jury subpoena was served to Instagram for the Instagram Account for subscriber information and any recent login IP address information.  On March 19, 2026, subpoena returns were received from Instagram.  There was no name or phone number associated with the account and the last login from the account was on August 25, 2025. A Google email address was associated with the account.

10.      On March 24, 2026, a Federal Grand Jury subpoena was issued to Google for the email address associated with the Instagram Account for subscriber information and recent login IP address information.  A response was received on April 1, 2026, which indicated that in January and February 2026, the user was using an IP address that resolved to the area of Austin, Texas.  Some of the IP addresses used in January 2026 resolved to the providers Verizon and

**Affidavit of** █████████                                                          **Page 4**

Charter Communications.  On April 1, 2026, a Federal Grand Jury subpoena was issued to Verizon and Charter Communications for those IP addresses used to access the Google email account.

11.    Given that the last login to the Instagram Account was in 2025, investigators asked Meta Platforms, Inc. ("Meta") whether a user must log in to the application every time they use the account.  Meta's response included the following statement: "Please note, a login is when a user inputs their username and password. Users can be logged in for several days, weeks, or months and will not need to re-enter their username and password during that session."  Based on the response from Meta, it is possible for the user to have remained logged in and still have had access to the account in or around February 2026.  This is consistent with the Instagram Account posting the above-depicted comment on or around February 27, 2026.

12.    On April 8, 2026, a response was received from Verizon for the IP address information related to the Google email account. The response included subscriber account information which included a Wisconsin area code phone number ending in 9995,[2] the names of an Adult Witness ("AW") and Josh Ninmann, and an address associated with the account in Sun Prairie, Wisconsin.

13.    On April 8, 2026, a response was received from Charter Communications for the IP address information related to the Google email account, which included the same Wisconsin area code phone number ending in 9995, a name associated with the account of Josh Ninmann, and a service address in Austin, Texas.

---

[2]    The rest of this phone number is known to me but is concealed here so as not to reveal Joshua Ninmann's personal contact information.

**Affidavit of** ███████████                                                        **Page 5**

14.     Based on the returns from Verizon and Charter Communications, open-source searches were conducted on the names of AW and Josh Ninmann. Investigators learned that AW is 66 years old with an address of the service address in the Verizon returns in Sun Prairie, Wisconsin. Josh Ninmann is 40 years old and had a history of living at both the Sun Prairie, Wisconsin address and the Austin, Texas address that were listed in both the Verizon and Charter Communications returns. A request was sent to the Department of Motor Vehicle (DMV) for Josh Ninmann's Texas DMV records. On that same date, DMV returns indicated that Ninmann currently resides at the same address in Austin, Texas which was listed in the Charter Communications returns.

15.     Additional open-source searches were conducted for Josh Ninmann. Several social media profiles were located based on his name, phone number, and date of birth that included Facebook, Instagram, X, TikTok, and CashApp. On his Facebook page his display name is "Josh Ninmann", and his username was listed as "finkledaily." The "finkledaily" username was consistent amongst his various social media profiles.

16.     On April 2, 2026, the Honorable Amy E. Potter, Magistrate Judge of the United States District Court for the District of Oregon, signed a federal search warrant which was issued to Meta for the bubz_burner Instagram account that made the original threat against AV. On April 16, 2026, returns were received. The returns reflect the threat discussed above being made by the "bubz_burner" account. Specifically, on March 4, 2026, at 16:14:45 UTC a text comment was created by the Instagram account bubz_burner that stated "[AV] is a weak man – makes sense he would have her on. You are now the hunted boy. My aim is good so better run now.

**Affidavit of** ▓▓▓▓▓▓▓                                                                 **Page 6**

Don't worry your family goes first." The comment was posted to AV's Instagram account, and the privacy setting was public.

17.     Also included in the returns were several login IP addresses from March 3, 2026, to March 24, 2026. The IP addresses that were listed all resolved to Charter Communications. An IP address and date and time were noted on the returns of March 4, 2026, at 15:51:59 UTC which was approximately 23 minutes before the threatening comment was posted to AV's Instagram page. This IP address and date and time was included in the federal grand jury subpoena. On June 11, 2026, A federal grand jury subpoena was sent to Charter Communications for subscriber information related to the IP addresses for several dates and times in March 2026, to include the IP address that was noted on March 4, 2026, at 15:51:59 UTC related to the bubz_burner Instagram account. On June 11, 2026, returns were received that included subscriber information. The subscriber name, address, and phone number were the same identifying information that was included in the April 8, 2026, Charter Communication returns. Specifically, the IP address resolved to Josh Ninmann at an address in Austin, Texas, and a Wisconsin area code phone number ending in 9995.

18.     Lastly, in January 2026, the account bubz_burner liked several posts from the account "finkledaily." Based on open-source research I know the name "finkledaily" to be associated with multiple social media accounts for Josh Ninmann. Given this information, taken along with the Verizon and Charter returns attributing logins to Josh Ninmann at both his home in Austin and his previous residence in Wisconsin, I have probable cause to believe, and I do believe, that Josh Ninmann operates the "bubz_burner" account and issued the threat to AV on March 4, 2026.

**Affidavit of** █████████                                                      **Page 7**

*Other Online Activity and Potential Other Victims*

19.    Also included in the search warrant return for the bubz_burner account were additional comments made by the bubz_burner account, which I believe to be Ninmann.  He made several threatening comments between September 2025 and April 2026, including the post referenced above to AV's page.  Ninmann made these threatening comments on different Instagram users posts.  Agents looked into these users and found that they live all throughout the United States.  Listed below are a few of Ninmann's threatening statements or comments made between September 2025 and April 2026, as revealed by the returns.  This does not encompass all of Ninmann's threatening comments found in the returns.

20.    Between December 2025 and January 2026, Ninmann made a series of threatening comments to an Instagram account ending in ██ [3] that has approximately 2.4 million followers. The Instagram account ending in ██ is public, and several posts, as well as the user's bio information indicate the user of the account lives in ██████, Florida (this is "AV2").  Ninmann's threats on the Instagram account ending in ██ are listed below:

- "Your time on earth is nearing an end"

- "Might take your family first so you can watch"

- "Anybody want to go to Florida and end this dude? Heard ██████ is nice this time of year"

- "Dead man walking.. gonna hang ya from a palm tree outside your mommas house"

- "I wanna see how many bullets I can get in you before you fall"

---

[3]    I am opting to conceal this user's full account name to promote their anonymity, but it is known to me and can be shared with the Court upon request.

**Affidavit of** ████████████                                    **Page 8**

21.     On or around October 21, 2025, Ninmann made three public comments to an Instagram page ending in ███. The Instagram account is public and open-source research indicated that the Instagram account is linked to business that is listed as a full-service ███ ███ in Minnesota led by a doctor whose identity is known to me, hereinafter "AV3." The comments made by Ninmann are as follows:

- "AV3 owes the executioners tax"

- "Most excited about adding AV3's head to my mantel"

- "AV3 being so public is a shame, makes the hunt a bit easier"

22.     On or around September 15, 2025, Ninmann made a public comment on an Instagram users page that is known to me and ends in ███ and has a public profile with 1.1 million followers (this is "AV4"). Ninmann stated the following on that page:

- "Gotta figure out the best date to make this fa**et meet Charlie"

Based on the comment made by Ninmann I believe that "Charlie" was referring to Charlie Kirk who was shot and killed on September 10, 2025, five days before this comment was issued.

23.     On or around April 2, 2026, Ninmann made a public comment on an Instagram users page. The Instagram page is known to me and has a username ending in ███ ███ is a public profile belonging to a Florida gubernatorial candidate with 415,000 followers (this is "AV5"). Ninmann stated the following:

- "Pedo boy gonna get two to the head"

24.     Additionally on the same date, April 2, 2026, Ninmann made a public comment on another Instagram user's page: "Pulling up to Miami to kill you fag." The Instagram user's page was public, and their bio indicates that they reside in ███ Florida (this is "AV6").

25.     On or around January 22, 2026, Ninmann made a public comment on an Instagram user's page. The Instagram username ends in ██████ and is associated with a publication that is known to me.  It is a public profile with 2.5 million followers.  Ninmann made the following comment regarding a story associated with a public figure whose first name is included in the post and concealed below:

- "Send [AV7] to Texas. Got a new scope I want to test out"

26.     On or around November 25, 2025, Ninmann made three public comments on an Instagram user's page. The owner of the Instagram page is known to me (this is "AV8"). Ninmann stated the following:

- "Gonna have to put this inbred down"

- "Two to your head"

- "I think I have the perfect cage to keep you in"

27.     Given that AV2, AV3, AV4, AV5, AV6, AV7, and AV8 do not reside in the District of Oregon, nor was Ninmann in the District of Oregon at the time he issued the threatening statements, this application does not include offenses as to those victims.  Instead, Ninmann's threats to those victims provide context to his March 4, 2026 threat on AV's account. Specifically, Ninmann's comment on AV's account about having access to weaponry ("My aim is good") was not isolated ("Two to your head"; "Got a new scope I want to test out"). Additionally, Ninmann's threat to AV's family ("Don't worry your family goes first") was not isolated ("Might take your family first so you can watch").  And finally, Ninmann's declaration of hunting AV ("You are now the hunted boy") was not isolated ("makes the hunt a bit easier").

**Conclusion**

28.     Based on the foregoing, I have probable cause to believe, and I do believe, that Joshua Paul Ninmann was the user of the Instagram account bubz_burner, operating that account from Texas, and committed the Target Offense of threatening AV and AV's family in Oregon on March 4, 2026, in violation of 18 U.S.C. § 875(c).  I therefore request that the Court issue a criminal complaint and arrest warrant for Joshua Paul Ninmann.

29.     Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney William McLaren, and AUSA McLaren advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

/ / /

/ / /

/ / /

/ / /

/ / /

**Affidavit of** ███████                                                                                    **Page 11**

## Request for Sealing

30.     It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant.  I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may endanger the life or physical safety of an individual, cause flight from prosecution, or otherwise seriously jeopardize an investigation. Premature disclosure of the affidavit, the criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.

*By phone pursuant to Fed. R. Crim. P. 4.1*

███████████

Special Agent, FBI

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at ____3:26 p.m.____ a.m./p.m. on this _17th_ day of June, 2026.

_____
HONORABLE AMY E. POTTER
United States Magistrate Judge

**Affidavit of** ███████████                                                                                      **Page 12**